FRANK HAFNER et al., Appellants, *v.* CARRIE E. FREEMAN et al., Respondents, and GUSTAVE MAIKISCH et al., Appellants.

Argued January 15, 1941; decided May 22, 1941.

*Leo J. Stewart* and *Fred Francis Weiss* for appellants.

*R. Leslie Smith* and *Edward D. Sternat* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.